**MADE JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MIKE GORMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No.  CV09-9448 GW (CWx)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO DISMISS<br><br>Dates: June 28, 2010 & July 15, 2010<br>Time: 8:30 a.m.<br>Ctrm: 312 N. Spring Street, Ctrm 10<br>       Los Angeles, California 90012<br><br>Honorable George H. Wu |

On June 28, 2010, defendant United States of America's ("United States") Motion to Dismiss came on regularly for hearing in the above-entitled court located at Courtroom 10, 312 N. Spring Street, Los Angeles, California 90012, the Honorable George H. Wu, presiding.  Assistant United States Attorney Sekret T. Sneed appeared on behalf of the United States.  Plaintiff Mike Gorman ("Plaintiff") appeared on his behalf *pro se*.

Based on Plaintiff's request for time to respond to the Court's tentative ruling granting the Motion to Dismiss, the Court allowed the parties to submit supplemental briefing and continued the hearing to July 15, 2010.

On July 15, 2010, the United States' Motion to Dismiss came on regularly for hearing in the above-entitled court located at Courtroom 10, 312 N. Spring Street, Los Angeles, California 90012, the Honorable George H. Wu, presiding. Assistant United States Attorney Sekret T. Sneed appeared on behalf of the United States. *Pro Se* Plaintiff Mike Gorman appeared telephonically.

Having considered the United States' Motion to Dismiss, and arguments in support and opposition thereto, and good cause appearing thereof,

IT IS HEREBY ORDERED that the Motion to Dismiss is granted and this action is dismissed in its entirety with prejudice.

Dated: July 20, 2010

_____
Honorable George H. Wu
United States District Court Judge

Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

\_\_\_\_/s/_____
SEKRET T. SNEED
Assistant United States Attorney

Attorneys for Defendant
UNITED STATES OF AMERICA